## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Jennifer A Jarratt a/k/a Jennifer Ann          CHAPTER 7
Jarratt, a/k/a Jennifer Jarratt
                                Debtor(s)             BKY. NO. 23-13447 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Deutsche Bank National Trust Company as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2007-2 and index same on the master mailing list.

    Respectfully submitted,

 /s/Mark A. Cronin

Mark Cronin
20 Nov 2023, 16:11:20, EST

    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1532
    (215) 627-1322