**Fill in this information to identify your case:**

Debtor 1: Jennifer A. Jarratt
(First Name / Middle Name / Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number (If known): 23-13447-amc

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1** Mr. Cooper
Creditor's Name
P.O. Box 619063
Number / Street

Dallas    TX    75261
City / State / ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**
1728 Valley Lane Chester Springs, PA 19425

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

$860,000.00    $660,000.00    $200,000.00

**2.2** American Servicing Company
Creditor's Name
P.O. Box 10328
Number / Street

Des Moines    IA    50306
City / State / ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**
1728 Valley Lane Chester Springs, PA 19425

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

$60,000.00    $660,000.00    $60,000.00

**Add the dollar value of your entries in Column A on this page. Write that number here:**    $920,000.00

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of ___

Debtor 1  Jennifer A. Jarratt
          First Name  Middle Name  Last Name

Case number (if known) 23-13447-amc

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

☐ **GM Financial**
Creditor's Name
P.O. Box 181145
Number   Street

Arlington       TX   76096
City            State ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:** $ 11,000.00   $ 14,000.00   $ 0.00

2012 Jeep Wrangler

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

---

☐ _____
Creditor's Name
_____
Number   Street

_____
City            State ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:** $_____  $_____  $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

---

☐ _____
Creditor's Name
_____
Number   Street

_____
City            State ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:** $_____  $_____  $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

---

Add the dollar value of your entries in Column A on this page. Write that number here: $ 931,000.00

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: $ 931,000.00

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page ___ of ___

Debtor 1 __Jennifer_____ __A._____ __Jarratt_____    Case number *(if known)* _23-13447-amc_____
       First Name       Middle Name       Last Name

## Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ _____  
   Name  
   _____  
   Number   Street  
   _____  
   _____  
   City   State   ZIP Code  

**On which line in Part 1 did you enter the creditor?** _____  
**Last 4 digits of account number** ___ ___ ___ ___

☐ _____  
   Name  
   _____  
   Number   Street  
   _____  
   _____  
   City   State   ZIP Code  

**On which line in Part 1 did you enter the creditor?** _____  
**Last 4 digits of account number** ___ ___ ___ ___

☐ _____  
   Name  
   _____  
   Number   Street  
   _____  
   _____  
   City   State   ZIP Code  

**On which line in Part 1 did you enter the creditor?** _____  
**Last 4 digits of account number** ___ ___ ___ ___

☐ _____  
   Name  
   _____  
   Number   Street  
   _____  
   _____  
   City   State   ZIP Code  

**On which line in Part 1 did you enter the creditor?** _____  
**Last 4 digits of account number** ___ ___ ___ ___

☐ _____  
   Name  
   _____  
   Number   Street  
   _____  
   _____  
   City   State   ZIP Code  

**On which line in Part 1 did you enter the creditor?** _____  
**Last 4 digits of account number** ___ ___ ___ ___

☐ _____  
   Name  
   _____  
   Number   Street  
   _____  
   _____  
   City   State   ZIP Code  

**On which line in Part 1 did you enter the creditor?** _____  
**Last 4 digits of account number** ___ ___ ___ ___

Official Form 106D       Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**       page ___ of ___