UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                           Bankr. Case No. 23-13447-AMC

Jennifer A Jarratt                                                     Chapter 7

       Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        AmeriCredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096


                                                By   /s/   Mandy Youngblood

                                                  Mandy Youngblood
                                                  PO Box 183853
                                                  Arlington, TX  76096
                                                  877-203-5538
                                                  877-259-6417
                                                  Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Bankr. Case No. 23-13447-AMC

Jennifer A Jarratt　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on December 6, 2023 :

| | |
|---|---|
| MARK A. BERENATO<br>Berenato Law Firm<br>391 Wilmington Pike, PMB 264<br>Glen Mills, PA 19342 | Christine C. Shubert<br>10 Teaberry Drive<br>Medford, NJ 08055 |

By  /s/  Mandy Youngblood
　　　Mandy Youngblood

xxxxx12184 / 1081893