Certificate Number: 14912-PAE-DE-038044988

Bankruptcy Case Number: 23-13447



14912-PAE-DE-038044988

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 26, 2023</u>, at <u>12:32</u> o'clock <u>PM EST</u>, <u>Jennifer Jarratt</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>December 26, 2023</u>         By:  <u>/s/Jai Bhatt</u>

Name:  <u>Jai Bhatt</u>

Title:  <u>Counselor</u>